MICHAEL DILLON, Respondent, *v.* FRANCIS J. CLARK,
Appellant.

*Dillon* v. *Clark,* 85 App. Div. 624, affirmed.
(Argued May 19, 1904; decided June 3, 1904.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
June 18, 1903, affirming a judgment in favor of plaintiff
entered upon a decision of the court on trial at an Equity
Term.

*Amasa J. Parker* for appellant.

*Frank S. Coburn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, CULLEN and WERNER, JJ.   Absent: HAIGHT, J.